HANCOCK COUNTY BAR ASSOCIATION *v.* LEATHERMAN.

[Cite as *Hancock Cty. Bar Assn. v. Leatherman*
(1991), 61 Ohio St.3d 110.]

(No. 91–417—Submitted April 9, 1991—Decided July 10, 1991.)

*George L. Kentris* and *Roger L. Miller,* for relator.

*Daniel Snyder,* for respondent.

---

*Per Curiam.* We agree with the findings, conclusions, and recommendation of the board. Accordingly, we publicly reprimand respondent, tax costs to him, and allow him to pay costs in twelve equal monthly payments.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.